Order affirmed; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.

Jennie H. Hawk et al., Respondents, *v.* State of New York, Appellant. (Claim No. 31211.)

Argued May 19, 1954; decided July 14, 1954.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellant.

*Samuel L. Greenberg* and *Erwin Greenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.